UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID MONTALVO, on Behalf of Himself, ) <br> and All Others Similarly Situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TRIPOS, INC., JOHN P. MCALISTER, ) <br> B. JAMES RUBIN, and ) <br> ERNST & YOUNG, L.L.P., ) <br> ) <br> Defendants. ) | Case No. 4:03CV995SNL |

## **ORDER**

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that defendants Tripos, McAlister, and Rubin's motion to dismiss (#56) be and is **DENIED.**

Dated this ___30th___ day of September, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE