UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID MONTALVO, on behalf of Himself and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )    Case No. 4:03CV995SNL<br>) |
| TRIPOS, INC., JOHN P. MCALISTER, B. JAMES RUBIN, and ERNST & YOUNG, L.L.P., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that defendant Ernst & Young's motion to dismss (#53) be and is **GRANTED.** This cause of action is hereby **DISMISSED** as to all claims against defendant Ernst & Young, L.L.P.

Dated this ___30th___ day of September, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE